**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Conquest Foods, LLC** | |
| 2. | **All other names debtor used in the last 8 years** *Include any assumed names, trade names and doing business as names* | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-2037318** | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **13768 Shoreline Drive Earth City, MO 63045** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Saint Louis** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor   **Conquest Foods, LLC**                                    Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor    **Conquest Foods, LLC**                                    Case number (*if known*) _____
      Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See Attachment**                        Relationship    _____

District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Conquest Foods, LLC**                                                    Case number (*if known*)
Name

☐ $50,001 - $100,000            ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor **Conquest Foods, LLC**
Name                                                                     Case number (*if known*) _____

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 16, 2021**
              MM / DD / YYYY

**X** **/s/ Navid Sharafatian**                                   **Navid Sharafatian**
Signature of authorized representative of debtor                 Printed name

Title   **Manager of TNH Partners, LLC, its
        Managing Member**

**18. Signature of attorney**

**X** **/s/ David A. Sosne**                        Date **February 16, 2021**
Signature of attorney for debtor                        MM / DD / YYYY

**David A. Sosne #28365MO**
Printed name

**Summers Compton Wells LLC**
Firm name

**8909 Ladue Road
St. Louis, MO 63124**
Number, Street, City, State & ZIP Code

Contact phone   **314-991-4999**      Email address   **dasattymo@summerscomptonwells.com**

**#28365MO MO**
Bar number and State

Debtor    **Conquest Foods, LLC**                                                    Case number *(if known)* _____
          <small>Name</small>

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI _____

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

## FORM 201. VOLUNTARY PETITION

## <u>Pending Bankruptcy Cases Attachment</u>

| Debtor | **Illinois Jack, LLC** | | | Relationship to you | | **Affiliate** |
|---|---|---|---|---|---|---|
| District | **Eastern District of Missouri** | When | **2/16/21** | Case number, if known | | **21-40541** |
| Debtor | **Missouri Jack, LLC** | | | Relationship to you | | **Affiliate** |
| District | **Eastern District of Missouri** | When | **2/16/21** | Case number, if known | | **21-40540** |

## CONQUEST FOODS, LLC

February 16, 2021

## AUTHORIZATION TO FILE CHAPTER 11 PETITION

The undersigned, being the Sole Member of CONQUEST FOODS, LLC, a Delaware limited liability company (the "Company"), does hereby approve, adopt and ratify the following:

**WHEREAS**, TNH Partners, LLC ("TNH") is the Sole Member of the Company and, therefore, authorized to make this Resolution; and

**WHEREAS**, TNH has determined that this Company, as currently organized, is unable to meet its current financial and other obligations; and

**WHEREAS**, TNH has determined that it is in the best interests of the Company to seek protection from its creditors under Chapter 11 of the Federal Bankruptcy Code of the United States of America and has ratified this decision:

**IT IS THEREFORE RESOLVED**, that TNH, as the Sole Member of the Company, hereby authorizes and directs Navid Sharafatian, Managing Member of TNH, to do any and all acts reasonably necessary for the filing and administration of a petition under Chapter 11 of the Federal Bankruptcy Law of the United States including, without limitation, the retention of counsel and other professionals to assist the Company in the preparation and filing of the necessary petition, schedules and related documents and, to sign the petition and all other related documents on behalf of the Company related to the filing of the petition, and to attend the proceedings commenced in connection therewith;

**RESOLVED FURTHER**, TNH, as the Sole Member of the Company, hereby authorizes and directs Navid Sharafatian, Managing Member of TNH, to verify said petition, schedules and related documents on behalf of the Company, and to represent Company in all proceedings related thereto.

## **GENERAL RESOLUTION**

Resolved, that Navid Sharafatian is hereby authorized, directed and empowered and directed to execute, and to do and perform, in the name and on behalf of the Company, such acts and to prepare, execute, acknowledge, verify, file and cause to be published such certificates, agreements, notices, reports, applications, instruments and documents, under the corporate seal of the Company or otherwise as he may deem necessary or desirable in his discretion to carry into effect the foregoing resolutions, such member's performance of any such actions to constitute conclusive evidence of such determination.

The execution of this consent shall constitute a written waiver of any notice required by the Operating Agreement for Conquest Foods LLC, a Delaware limited liability company. Signature by facsimile transmission will have the same force and effect as if this consent had been originally signed by the Sole Member, TNH.

This consent shall be filed in the records of the Company and shall become a part of the records of the Company.

Conquest Foods, LLC
By: TNH Partners, LLC,
    its Managing Member

/s/ Navid Sharafatian
By:  Navid Sharafatian, its Manager

**United States Bankruptcy Court**
Eastern District of Missouri

In re    Conquest Foods, LLC _____

Debtor(s)

Case No. _____
Chapter    11 _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Navid Sharafatian, declare under penalty of perjury that I am the authorized Manager of TNH Partners, LLC, which is the Sole Member of Conquest Foods, LLC, and that the following is a true and correct copy of the resolutions adopted by the Members of said limited liability company at a special meeting duly called and held on the 16th day of February 2021.

"**WHEREAS**, TNH has determined that it is in the best interests of the Company to seek protection from its creditors under Chapter 11 of the Federal Bankruptcy Code of the United States of America and has ratified this decision:

**IT IS THEREFORE RESOLVED**, that TNH, as the Sole Member of the Company, hereby authorizes and directs Navid Sharafatian, Managing Member of TNH, to do any and all acts reasonably necessary for the filing and administration of a petition under Chapter 11 of the Federal Bankruptcy Law of the United States including, without limitation, the retention of counsel and other professionals to assist the Company in the preparation and filing of the necessary petition, schedules and related documents and, to sign the petition and all other related documents on behalf of the Company related to the filing of the petition, and to attend the proceedings commenced in connection therewith;

**RESOLVED FURTHER**, TNH, as the Sole Member of the Company, hereby authorizes and directs Navid Sharafatian, Managing Member of TNH, to verify said petition, schedules and related documents on behalf of the Company, and to represent Company in all proceedings related thereto."

Date    February 16, 2021 _____

Signed    /s/ Navid Sharafatian
Conquest Foods, LLC By: TNH Partners, LLC, its
Managing Member By:  Navid Sharafatian, its Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Conquest Foods, LLC** | |
| United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AMEREN ILLINOIS P O BOX 88034 Chicago, IL 60680-1034** | www.ameren.com/illinois | **Vendor-Precautionary listing** | **Contingent Unliquidated** | | | $21,092.18 |
| **AMEREN MISSOURI P O BOX 88068 Chicago, IL 60680-1068** | www.ameren.com/missouri | **Vendor - Precautionary listing** | **Contingent Unliquidated** | | | $115,126.06 |
| **American Express P.O. Box 650448 Dallas, TX 75265-0448** | www.americanexpress.com | **Credit card - Precautionary listing** | **Contingent Unliquidated** | | | $167,779.31 |
| **American Express P.O. Box 650448 Dallas, TX 75265-0448** | www.americanexpress.com | **Credit card - Precautionary listing** | **Contingent Unliquidated** | | | $49,613.95 |
| **Anthem PO BOX 105183 Atlanta, GA 30348-5183** | stefanie.boerner@anthem.com | **Insurance -Precautionary listing** | **Contingent Unliquidated** | | | $109,144.69 |
| **Bank of America PO Box 982238 El Paso, TX 79998-2238** | tracey.wopperer@bofa.com | **Credit card** | **Contingent Unliquidated** | | | $49,647.03 |
| **BARCO 350 W ROSECRANS AVE Gardena, CA 90248** | Tina.Simmonds@barcouniforms.com | **Vendor - Precautionary listing** | **Contingent Unliquidated** | | | $15,287.91 |
| **Bluegrass Lawncare of St Louis LLC 13852 Ferguson Lane Bridgeton, MO 63044** | ar@bluegrasslawn.com | **Vendor-Precautionary listing** | **Contingent Unliquidated** | | | $21,355.00 |

Debtor **Conquest Foods, LLC**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First Capitol Consulting Inc 3530 Wilshire Blvd Suite 1460 Los Angeles, CA 90010** | accounting@fcci.us.com | **Vendor- Precautionary listing** | **Contingent Unliquidated** | | | $48,549.85 |
| **FLOWERS FOODS PO BOX 847871 Dallas, TX 75284** | collectionsdept@flocorp.com | **Vendor- Precautionary listing** | **Contingent Unliquidated** | | | $19,769.58 |
| **INSURANCE OFFICE OF AMERICA 3281 E GUASTI ROAD SUITE 400 Ontario, CA 91761** | Adam.Braley@ioausa.com | **Vendor - Precautionary listing** | **Contingent Unliquidated** | | | $41,169.00 |
| **Intrepid Direct Insurance Agency LLC C O Cynthia Shaw 1250 Diehl Rd Suite 200 Naperville, IL 60563** | billing@intrepiddirect.com | **Insurance- Precautionary listing** | **Contingent Unliquidated** | | | $37,496.00 |
| **Lecocq Grounds Service Ryan Lecocq 4074 Gravois Rd House Springs, MO 63051** | ryanlecocq.rl@gmail.com | **Vendor- Precautionary listing** | **Contingent Unliquidated** | | | $13,860.00 |
| **MAXWELL & KOLB LLC P O BOX 6850 Jefferson City, MO 65102** | kolbproperties@mchsi.com | **Vendor- Precautionary listing** | **Contingent Unliquidated** | | | $15,583.34 |
| **Mc2 Enterprises Inc PO Box 4868 Parker, CO 80134** | DawnA@vwcbuildersmidwest.com | **Vendor- Precautionary listing** | **Contingent Unliquidated** | | | $46,903.70 |
| **PRO LAWNS INC P O BOX 577 O Fallon, MO 63366-0577** | nickprolawns@aol.com | **Vendor- Precautionary listing** | **Contingent Unliquidated** | | | $25,100.00 |
| **Retail Technology Group 1663 Fenton Business Park Court Fenton, MO 63026** | rtgbilling@rtgpos.com | **Vendor- Precautionary listing** | **Contingent Unliquidated** | | | $34,914.37 |
| **Spire Drawer 2 Saint Louis, MO 63171** | www.spireenergy.com | **Vendor- Precautionary listing** | **Contingent Unliquidated** | | | $25,602.77 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Conquest Foods, LLC**                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **THF Grindstone Plaza 211 North Stadium Blvd Suite 201 Columbia, MO 65203** | **mpitts@sandbergphoenix.com** | **Vendor-Precautionary listing** | **Contingent Unliquidated** | | | **$92,396.70** |
| **TurnKey Technologies  Inc One Technology Place East Syracuse, NY 13057** | **gtogni@turnkeyweb.net** | **Vendor-Precautionary listing** | **Contingent Unliquidated** | | | **$22,527.45** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

AM Total Service LLC
10238 Abdell Dr
Saint Louis, MO 63126

AMEREN ILLINOIS
P O BOX 88034
Chicago, IL 60680-1034

AMEREN MISSOURI
P O BOX 88068
Chicago, IL 60680-1068

American Express
P.O. Box 650448
Dallas, TX 75265-0448

AMETEK
1701 E INDUSTRIAL BLVD
Hidalgo, TX 78557

Anthem
PO BOX 105183
Atlanta, GA 30348-5183

ANTHEM - COBRA
PO BOX 6501
Carol Stream, IL 60197

Anthem Dental
PO Box 202837
Department 83718
Dallas, TX 75320

ASPEN WASTE SYSTEM INC
P O BOX 3050
Des Moines, IA 50316-0050

B & J Food Service Equipment
P O Box 844620
Dept #111
Boston, MA 02284-4621

Bank of America
PO Box 982238
El Paso, TX 79998-2238

BARCO
350 W ROSECRANS AVE
Gardena, CA 90248

BELLEVILLE TREASURERS OFFICE
PO BOX 388
Belleville, IL 62222

Bluegrass Lawncare of St Louis LLC
13852 Ferguson Lane
Bridgeton, MO 63044

BRANMAN TEPLIN AND HESHEJIN
280 S Beverly Drive
Suite 409
Beverly Hills, CA 90212

Brauer Supply Company
1218 South Vandeventer Ave
Saint Louis, MO 63110-3808

BROWN AND JAMES P C
800 MARKET ST STE 1100
Saint Louis, MO 63101

CASE PARTS COMPANY
877 MONTEREY PASS RD
Monterey Park, CA 91754

CASEYVILLE TOWNSHIP SEWER
P O BOX 1900
Fairview Heights, IL 62208

CCS LLC DBA Roof Medics
137 Snake River Dr
O Fallon, MO 63368

CHARTER COMMUNICATIONS
P O BOX 790086
Saint Louis, MO 63179-0086

Christopher Ward
Polsinelli
222 Delaware Avenue Suite 1101
Wilmington, DE 19801

City National Bank
555 S Flower Street
25th Floor
Los Angeles, CA 90071

CITY OF COLUMBIA - UTILITY
701 E BROADWAY
Columbia, MO 65205

City of Desloge - Water
300 N LINCOLN
Park Hills, MO 63601

City of Farmington
CITY LIGHT AND WATER
110 W COLUMBIA ST
Farmington, MO 63640-1792

```
CITY OF FESTUS
950 N 5TH ST
Festus, MO 63028

City of Granite City
2000 Edison Ave
Granite City, IL 62040

City of Herculaneum
#1 PARKWOOD CT
Herculaneum, MO 63048

City of Litchfield
120 E RYDER
Litchfield, IL 62056

CITY OF O'FALLON
P O BOX 870643
Kansas City, MO 64187-0643

CITY OF ST. PETERS
P O BOX 9
Saint Peters, MO 63376

City of Troy
116 EAST MARKET ST
Troy, IL 62294-1599

City of Union
500 EAST LOCUST
Union, MO 63084

City of Warrenton
200 W Booneslick
Warrenton, MO 63383

City of Washington
405 Jefferson St
Washington, MO 63090

City of Wentzville
1001 Schroeder Creek Blvd
Wentzville, MO 63385

City of Wood River
111 N Wood River Avenue
Wood River, IL 62095

COKE - Freestyle
P O BOX 102703
Atlanta, GA 30368

COKE - Repair
P O BOX 102703
Atlanta, GA 30368
```

COLONIAL LANE HOUSING
1600 DUNMORR DRIVE
Saint Louis, MO 63131

Colonial Lane Housing  1  LLC
1600 Dunmorr Drive
Saint Louis, MO 63131

COMMERCIAL ELECTRIC MOTOR SERVICE
3121 WASHINGTON AVE
Saint Louis, MO 63103

COMMERCIAL ELECTRONICS
3787 Rider Trail South
Earth City, MO 63045

Commercial Pumping Service LLC
P O Box 429
Saint Charles, MO 63302-0429

Conquest Foods, LLC
13768 Shoreline Drive
Earth City, MO 63045

Constellation Energy Service LLC
NATURAL GAS LLC
P O BOX 5473
Carol Stream, IL 60197

CRESCENT PARTS & EQUIPMENT
5121 Manchester Avenue
Saint Louis, MO 63110

Cuivre River Electric Cooperative Inc
8757 Highway N
Lake Saint Louis, MO 63367-4401

DDI MEDIA
David E  Wilson
8315 Drury Industrial Parkway
Saint Louis, MO 63114

Different Rules LLC
9330 Balboa Ave
San Diego, CA 92123

DTI OFFICE SOLUTIONS
P O BOX 1604
Windham, CT 06280-1000

DUCKETT CREEK
SANITARY DISTRICT
P O BOX 790169
Saint Louis, MO 63179-0169

```
ECOLAB INC
P O BOX 70343
Chicago, IL 60673

Federal Fire Control LLC
Curt Conway
1734 Clarkson Rd
Suite 347
Chesterfield, MO 63017

Ferrellgas
PO BOX 173940
Denver, CO 80217-3940

First Capitol Consulting Inc
3530 Wilshire Blvd  Suite 1460
Los Angeles, CA 90010

FLOWERS FOODS
PO BOX 847871
Dallas, TX 75284

FLOWERS FOODS
P O BOX 847871
Dallas, TX 75284

Forward Sign Solutions
145 Hamilton Industrial Court
Wentzville, MO 63385

GARDAWORLD
GARDA CL SW INC  LOCKBOX  233209
3209 MOMENTUM PLACE
Chicago, IL 60689

GRAINGER
C/O CCC
PO BOX 141
Naperville, IL 60540

Granite Telecommunications
Client ID #311
PO Box 983119
Boston, MA 02298-3119

Hackett Security
9811 S Forty Drive
St. Louis, MO 63124

Hirsch Lawncare and Construction
C O Mikel Hirsch
P O  BOX 5
Winfield, MO 63389
```

HM ELECTRONICS INC
2848 Whiptail Loop
Carlsbad, CA 92010

Home Depot
PO Box 790420
Saint Louis, MO 63179

HOT SHOTZ MOBILE POWER WASH
Brian M Vance
P O Box 722
Saint Peters, MO 63376

Hubbard Radio St Louis LLC
PO Box 959270
Saint Louis, MO 63195

ILLINOIS AMERICAN WATER
P O BOX 6029
Carol Stream, IL 60197-6029

IMAGINATIVE TECHNOLOGIES INC
9703 Russian Hill St
Las Vegas, NV 89141

INSURANCE OFFICE OF AMERICA
3281 E GUASTI ROAD
SUITE 400
Ontario, CA 91761

Intrepid Direct Insurance Agency LLC
C O Cynthia Shaw
1250 Diehl Rd  Suite 200
Naperville, IL 60563

JACK IN THE BOX EASTERN DIVISION L P
9330 Balboa Ave
San Diego, CA 92123

Jack in the Box Inc
9330 Balboa Ave
San Diego, CA 92123

Jameco Electronics
1355 Shoreway Road
Belmont, CA 94002

Jefferson City Utilities
P O Box 1278
Jefferson City, MO 65102

Jewett Roofing Company
1800 South Elm Street
Greenville, IL 62246

Lecocq Grounds Service
Ryan Lecocq
4074 Gravois Rd
House Springs, MO 63051

Lennox Industries Inc
P O BOX BOX 910549
Dallas, TX 75391-0549

MAXWELL & KOLB LLC
P O BOX 6850
Jefferson City, MO 65102

MBM
P O BOX 800
Rocky Mount, NC 27802-0800

Mc2 Enterprises Inc
PO Box 4868
Parker, CO 80134

Meadowbrook Meat Company Inc
a subsidiary of McLane Company Inc
2085 Midway Road
Carrollton, TX 75006

MICRO OVENS OF ST LOUIS
7835 MANCHESTER
Saint Louis, MO 63143

MIDWEST EQUIPMENT COMPANY
2511 CASSENS DRIVE
Fenton, MO 63026-2547

MISSOURI AMERICAN WATER
P.O. BOX 94551
Palatine, IL 60094-4551

Missouri Jack, LLC
13768 Shoreline Drive
Earth City, MO 63045

Missouri Machinery and Engineering CO
1228  S 8th Street
Saint Louis, MO 63104

Mobile Lighting Source
1710 Fenpark Drive
Ste 137
Fenton, MO 63026

MSD
SEWER DISTRICT
P O BOX 437
Saint Louis, MO 63166-0437

MUZAK
P O Box 71070
Charlotte, NC 28272-1070

Noel S Cohen
Polsinelli LLP
2049 Century Park East  Suite 2900
Los Angeles, CA 90067

Nolan Enterprises  LLC
3622 S Teal Bottom Rd
Henley, MO 65040

NORTHEAST PUBLIC SEWER
1041 GRAVOIS ROAD
Fenton, MO 63026

NUCO2
P O BOX 417902
Boston, MA 02241-7902

O'FALLON WATER & SEWER DEPARTMENT
255 S LINCOLN AVENUE
O Fallon, IL 62269

Overhead Door Company of St  Louis
Bi State Loading Dock Specialists
1901 E 119th Street
Olathe, KS 66061

PARTS TOWN
1150A N SWIFT RD
Addison, IL 60101

PLUMBERS SUPPLY
12012 MANCHESTER RD
Saint Louis, MO 63131

Poehlmanns Lawn and Landscape LLC
4701 West Gibbs Road
Columbia, MO 65202

PRECISION LAWN MOWING INC
P O BOX 484
Litchfield, IL 62056

PRO LAWNS  INC
P O  BOX 577
O Fallon, MO 63366-0577

Proforma
PO Box 640814
Cincinnati, OH 45264-0814

```
Proguard
P O BOX 70343
Chicago, IL 60673

PUBLIC WATER SUPPLY DISTRICT 1 - ARNOLD
P O BOX 646
Arnold, MO 63010

PUBLIC WATER SUPPLY DISTRICT 2-HIGH RIDG
195 OLD SUGAR CREEK ROAD
High Ridge, MO 63049

Republic Services
P O BOX 90001099
Louisville, KY 40290-1099

Retail Technology Group
1663 Fenton Business Park Court
Fenton, MO 63026

ROCK CREEK PUBLIC SEWER DISTRICT
P O BOX 1060
Imperial, MO 63052-8060

Rottler Pest and Lawn Solutions
2690 Masterson Ave  Ste 400
Saint Louis, MO 63114-5120

RR DONNELLEY
PO BOX 932721
Cleveland, OH 44193

RTI
12962 COLLECTIONS CENTER DR
Chicago, IL 60693

S C ELECTRIC INC
2455 RAYMOND DR
Saint Charles, MO 63301-4855

Saint Louis County Department of Health
6121 North Hanley Road
Saint Louis, MO 63134

SAINT LOUIS COUNTY PUBLIC WORKS
41 S CENTRAL AVE
6TH FLOOR
Saint Louis, MO 63105

SECURITY PRODUCTS  INC
30950 CORRAL DRIVE, STE B
Coarsegold, CA 93614
```

Southwestern Electric
525 US Rt 40
Greenville, IL 62246

SPECTROTEL
P O BOX 1949
Newark, NJ 07101-1949

Spire
Drawer 2
Saint Louis, MO 63171

SSD Systems Inc
1740 N Lemon St
Anaheim, CA 92801

SULLIVAN MUNICIPAL UTILITIES
210 WEST WASHINGTON
Sullivan, MO 63080

SWANSEA SEWER DEPARTMENT
1444 BOUL AVENUE
Belleville, IL 62226

SWINGER SANITATION
P O BOX 10
Cuba, MO 65453-0010

talentReef
PO Box 7410017
Chicago, IL 60674-7410

THE WEBSTAURANTSTORE
42 Industrial Circle Attn  Returns Dept
Door#21
Lancaster, PA 17601

THF Grindstone Plaza
211 North Stadium Blvd
Suite 201
Columbia, MO 65203

THF Grindstone Plaza Dev  LLC
211 N. Stadium Blvd  Suite 201
Columbia, MO 65203

Trinity and Bowman Holdings  LLC
900 Cumberland Road
Glendale, CA 91202

TurnKey Technologies  Inc
One Technology Place
East Syracuse, NY 13057

```
U S Lawns of Franklin County
1576 Day Dr
Saint Clair, MO 63077

UPS
PO Box 894820
Los Angeles, CA 90189

VERIZON
P O Box 660108
Dallas, TX 75266-0108

Village of Glen Carbon
151 N Main St
P.O. BOX 757
Glen Carbon, IL 62034
```